**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEVON QUATEE TAYLOR,**<br>**Petitioner,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-cv-3758** |
| **CHERYL STEBERGER,**<br>**Respondent.** | : | |

**ORDER**

AND NOW, this 11th day of August, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gerald Austin McHugh

GERALD A. MCHUGH, J.